DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 AUGUST 2016

|  | Janet Howard, HCRI North Carolina Properties III, LP DBA Brookdale Senior Living Center, Louise Gordon, Travis Blackwelder, Statesville Bovine and Equine Center, Jared Reimann, Aimee Reimann, Lee Shepard, Cecil Davis, Imogene Davis, John Strikeleather, III, Heritage Knitting Company, LLC, Judy Voelske, Voelske Automotive, Cooney Properties, LLC, and Dr. Chip Cooney<br><br>v.<br><br>The City of Statesville, North Carolina, Love's Travel Stops & Country Stores, Inc., and Roserock Holdings, L.L.C. |  |  |
|---|---|---|---|
| 220P16 | State v. Julie Watkins | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1221) | Denied |
| 222P16 | State v. Jeffrey Castillo | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-855)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 223P16 | North Carolina Department of Public Safety v. Chauncey John Ledford | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA15-595) | Allowed |
| 225P16 | Charles Anthony Ball v. James M. Ellis, Administrator of Estate | Plt's *Pro Se* Motion for PDR | Denied 06/30/2016 |